# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:25-cr-87-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TEVIN PATTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Docket Call/Trial. (Doc. No. 14). Having considered the matter, the Court enters the following Order.

## ORDER

      **IT IS, THEREFORE, ORDERED** that Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 14), is **GRANTED,** and this matter is continued to the next criminal term. The Court finds that the delay caused by this continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Moreover, the ends of justice served by granting such continuance outweigh the best interests of the public and Defendant in a speedy trial. Specifically, Defendant and his counsel have shown a need for additional time to review discovery and other materials in preparing for trial or other resolution of this matter.

      This matter is continued to the next criminal term, and the time is excluded. The time for filing pretrial motions is **ENLARGED** by 60 days from entry of this Order.

1

Signed: October 6, 2025

Max O. Cogburn Jr.
United States District Judge

2