IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TEVIN PATTON,<br><br>    Defendant. | DOCKET NO. 3:25-cr-87-MOC |

**UNOPPOSED MOTION TO CONTINUE SUPPRESSION HEARING**

Mr. Tevin Patton, by and through counsel of record, Assistant Federal Defender Carson Smith, hereby requests that this Court continue the suppression hearing currently scheduled for April 20, 2026.  As grounds, therefore, it is averred:

1. On September 10, 2025, Mr. Patton was arraigned on one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Mr. Patton was ordered detained without bond.

2. On February 6, 2026, defense counsel filed a motion to suppress evidence seized and a motion to suppress an invalid search warrant.

3. On February 11, 2026, the government's motion for an extension of time to file responses was granted.

4. On February 20, 2026, the government filed its response.

5. On February 26, 2026, defense counsel received additional discovery—229 jail calls—from the government in the case. Defense counsel requested additional time to reply so

that it would have sufficient time to review the new discovery and determine any potential impact on the motion and reply.

6.     On February 27, 2026, defense counsel's motion for an extension of time to file a reply was granted.

7.     On March 20, 2026, defense counsel filed its reply. Additionally, defense counsel filed a motion to produce discovery and a motion to dismiss for failure to preserve evidence.

8.     The suppression motion is scheduled for April 20, 2026. Defense counsel and the assigned Assistant United States Attorney are unavailable on that date.

9.     The government will need time to respond to the new motions and defense counsel will need time to reply. Those filing dates will potentially overlap with the scheduled suppression hearing date. Additionally, if the court wishes to conduct a hearing on the issues raised in the new motions, it would be most efficient to conduct a hearing on all three motions at the same time.

10.     The Government does not oppose this request for a continuance.

**WHEREFORE,** Mr. Patton respectfully requests a continuance of the suppression motion hearing date.

Respectfully submitted:

s/ _Carson Smith_
Carson Smith
N.C. Bar No. 50997
Assistant Federal Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722
carson_smith@fd.org

*Attorney for Tevin Patton*

Dated: March 20, 2026